**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Wesley FAIRCLOTH,**
**Defendant–Appellant.**

No. 03–6287.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 17, 2003.

John Wesley Faircloth, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

John Wesley Faircloth appeals the district court's order authorizing the sale of real property pursuant to a fine in a criminal judgment imposed in 1996. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Faircloth,* No. CR–95–72–H (E.D.N.C. Jan. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*